# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DERRICK DWAYNE DELL

VERSUS

NANCY A. BERRYHILL

CIVIL ACTION

NO. 18-756-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 29, 2019, to which an objection was filed;

**IT IS ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security is AFFIRMED, and this action is DISMISSED with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on September 23, 2019.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA